

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00150-CV

**TERRY JUSTIN SMITH,**

**Appellant**

**v.**

**STEPHANIE SANDERS,**

**Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D14-22936-CV

## O R D E R

Appellee's brief in this appeal was due on December 15, 2014. No brief was received. By letter dated January 9, 2015, the Clerk of this Court notified appellee that the brief was past due and requested appellee to either file the brief or request an extension of time to file the brief. There was no response to the Clerk's letter.

Accordingly, appellee's counsel is ORDERED to file the brief, request an extension of time to file the brief, or notify the Court that no brief will be filed within 14 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed September 17, 2015

